UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABTEAB BERHANE,<br>　　　　Plaintiff,<br>　　v.<br>WALMART, INC.,<br>　　　　Defendant. | Case No.  23-cv-01346-SK<br><br>**ORDER DISMISSING CASE** |

　　　On March 24, 2023, *Berhane v. Walmart, Inc.*, 23-cv-01349-SK, was related to this matter. The two matters are identical aside from Defendant's filing the incorrect state case number in the notice of removal for the present case.  (Dkt. No. 1.)  The Court hereby DISMISSES the present case as duplicative.  The Clerk is directed to close the file.

　　　**IT IS SO ORDERED**.

Dated: March 28, 2023



SALLIE KIM
United States Magistrate Judge